UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

NOV 0 8 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| TYLER TEAGUE, | ) |
| | ) 1:23-cr-164-SEB-TAB |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 1951(a)
Interference with Commerce by Robbery

At all times material to this Indictment, the Dollar General Store located at 8760 Southeastern Avenue, Indianapolis, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On July 21, 2023, in the Southern District of Indiana, Indianapolis Division, TYLER TEAGUE, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Dollar General Store against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of the Dollar General Store.

1

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
## 18 U.S.C. § 924(c)(1)(A)(ii)
## Brandishing a Firearm During and in Relation to a Crime of Violence

On or about July 21, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, TYLER TEAGUE, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: robbery of the Dollar General Store located at 8760 Southeastern Avenue, Indianapolis, Indiana, charged in Count One of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3
## 18 U.S.C. § 1951(a)
## Interference with Commerce by Robbery

At all times material to this Indictment, the Dollar General Store located at 8323 East Washington Street, Indianapolis, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On July 27, 2023, in the Southern District of Indiana, Indianapolis Division, TYLER TEAGUE, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Dollar General Store against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of the Dollar General Store.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 4
## 18 U.S.C. § 924(c)(1)(A)(ii)
Brandishing a Firearm During and in Relation to a Crime of Violence

On or about July 27, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, TYLER TEAGUE, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: robbery of the Dollar General Store located at 8323 East Washington Street, Indianapolis, Indiana, charged in Count Three of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 5
## 18 U.S.C. § 1951(a)
Interference with Commerce by Robbery

At all times material to this Indictment, the Dollar General Store located at 1801 South Emerson Avenue, Indianapolis, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On August 11, 2023, in the Southern District of Indiana, Indianapolis Division, TYLER TEAGUE, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Dollar General Store against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of the Dollar General Store.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 6
## 18 U.S.C. § 924(c)(1)(A)(ii)
### Brandishing a Firearm During and in Relation to a Crime of Violence

On or about August 11, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, TYLER TEAGUE, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: robbery of the Dollar General Store located at 1801 South Emerson Avenue, Indianapolis, Indiana, charged in Count Five of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 7
## 18 U.S.C. § 1951(a)
### Interference with Commerce by Robbery

At all times material to this Indictment, the Walgreens located at 6745 East Southport Road, Indianapolis, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On August 15, 2023, in the Southern District of Indiana, Indianapolis Division, TYLER TEAGUE, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Walgreens against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of the Walgreens.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 8
## 18 U.S.C. § 924(c)(1)(A)(ii)
## Brandishing a Firearm During and in Relation to a Crime of Violence

On or about August 15, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, TYLER TEAGUE, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: robbery of the Walgreens located at 6745 East Southport Road, Indianapolis, Indiana, charged in Count Seven of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 9
## 18 U.S.C. § 1951(a)
## Interference with Commerce by Robbery

At all times material to this Indictment, the CVS Store located at 7935 Brookville Road, Indianapolis, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On September 19, 2023, in the Southern District of Indiana, Indianapolis Division, TYLER TEAGUE, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the CVS Store against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of the CVS Store.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 10
## 18 U.S.C. § 924(c)(1)(A)(ii)
## Brandishing a Firearm During and in Relation to a Crime of Violence

On or about September 19, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, TYLER TEAGUE, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: robbery of the CVS Store located at 7935 Brookville Road, Indianapolis, Indiana, charged in Count Nine of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 11
## 18 U.S.C. § 1951(a)
## Interference with Commerce by Robbery

At all times material to this Indictment, the Walgreens located at 11025 East Washington Street, Indianapolis, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On September 25, 2023, in the Southern District of Indiana, Indianapolis Division, TYLER TEAGUE, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Walgreens against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of the Walgreens.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 12
## 18 U.S.C. § 924(c)(1)(A)(ii)
### Brandishing a Firearm During and in Relation to a Crime of Violence

On or about September 25, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, TYLER TEAGUE, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: robbery of the Walgreens located at 11025 East Washington Street, Indianapolis, Indiana, charged in Count Eleven of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 13
## 18 U.S.C. § 1951(a)
### Interference with Commerce by Robbery

At all times material to this Indictment, the Walgreens located at 5095 East Thompson Road, Indianapolis, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On October 7, 2023, in the Southern District of Indiana, Indianapolis Division, TYLER TEAGUE, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Walgreens against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of the Walgreens.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 14
## 18 U.S.C. § 924(c)(1)(A)(ii)
### Brandishing a Firearm During and in Relation to a Crime of Violence

On or about October 7, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, TYLER TEAGUE, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: robbery of the TYLER TEAGUE located at 5095 East Thompson Road, Indianapolis, Indiana, charged in Count Thirteen of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 15
## 18 U.S.C. § 1951(a)
### Interference with Commerce by Robbery

At all times material to this Indictment, the Family Dollar Store located at 3757 East New York Street, Indianapolis, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On October 15, 2023, in the Southern District of Indiana, Indianapolis Division, TYLER TEAGUE, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Family Dollar Store against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of the Family Dollar Store.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 16
## 18 U.S.C. § 924(c)(1)(A)(ii)

8

Brandishing a Firearm During and in Relation to a Crime of Violence

On or about October 15, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, TYLER TEAGUE, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: robbery of the Family Dollar Store located at 3757 East New York Street, Indianapolis, Indiana, charged in Count Fifteen of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1951, set forth in Counts 1,3,5,7,9,11,13,15 of this Indictment, TYLER TEAGUE, the defendant herein, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to:

- United States Currency in the amount stolen from each establishment that is charged in this indictment; and
- a sum of money equal to the proceeds derived from the offense.

2. Upon conviction of the offense in violation of 18 United States Code, Section 924, set forth in Counts 2,4,6,8,10,12,14,16 of this Indictment, TYLER TEAGUE, the defendant herein, shall forfeit to the United States "any firearm or ammunition involved in" the offense. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a.    Polymer 80 9mm Handgun; and

    b.  all recovered ammunition.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

ZACHARY A. MYERS
United States Attorney

By: _____
Jeremy C. Fugate
Assistant United States Attorney
MPB