UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

NOV 0 8 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO.   1:23-cr-164-SEB-TAB |
| TYLER TEAGUE, | ) ) ) | |
| Defendant. | ) | |

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Jeremy C. Fugate, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: *Jeremy C. Fugate*
Jeremy C. Fugate
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
Email: Jeremy.Fugate@usdoj.gov