UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
NOV 0 8 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA,   )
)
Plaintiff,   )
)
v.   )
)   Cause No.
TYLER TEAGUE,   )   1:23-cr-164-SEB-TAB
)
Defendant.   )

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America.  The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1,3,5,7,9, 11,13,15 | 18 U.S.C. § 1951(a) Interference with Commerce by Robbery | 0-20 | NMT $250,000 | NLT 3 years |
| 2,4,6,8,10 12,14,16 | 18 U.S.C. § 924(c)(1)(A)(ii) Brandishing a Firearm During and in Relation to a Crime of Violence | 7-Life | NMT $250,000 | NLT 5 years |

Dated: _____

_____
Tyler Teague
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana