AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Southern District of Indiana

**FILED**
NOV 21 2023
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Tyler Teague | ) | 1:23-cr-164-SEB-TAB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Tyler Teague,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1,3,5,7,9,11,13,15: Interference with Commerce by Robbery, in violation of 18 U.S.C. § 1951(a)
Counts 2,4,6,8,10,12,14,16: Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii)

Date: 11/8/2023

CLERK OF COURT, Roger A.G. Sharpe
BY: [signature]
Deputy Clerk

City and state: Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 11-21-2023, and the person was arrested on *(date)* 11-21-2023
at *(city and state)* Indianapolis, Indiana

Date: 11-21-2023

[signature]
Arresting officer's signature

Jonathan Schultz  TFO  F37-UCIT
Printed name and title