UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-cr-0164-SEB-TAB |
| | ) | |
| TYLER TEAGUE, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

This matter is before the Court upon Government's Motion for a protective order regarding discovery provided to counsel for the defendant; and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be GRANTED for the reasons set forth in Government's Motion.

**IT IS THEREFORE ORDERED** that these discovery items must remain the care, custody, and control of defense counsel and/or defense agents. They are not to be photocopied nor duplicated, in whole or in part, for purposes of providing them to any other individual or entity, including the defendant himself. Custody of these documents is not to be transferred from defense counsel and/or defense counsel agents and while the defendant may review these documents, such review must occur within the care, custody and control of defense counsel and/or defense counsel agents.

Arrangements will be made for defense counsel and/or defense counsel agents to review these items with incarcerated defendant, without releasing the care, custody, and control of these items.

At the conclusion of the prosecution, all the discovery items provided to defense counsel are to be returned to the United States Attorney's Office.

Date:   12/6/2023

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.